UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA R SHEEHAN,<br><br>    Plaintiff.<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>    Defendant. | Case No. 18-cv-02073-JCS<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 5 |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on July 13, 2018, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **November 2, 2018, at 2:00 p.m.**, before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on July 13, 2018, for failure to prosecute, and for failure to comply with the Court's Order of April 8, 2018. A further case management conference is also scheduled for **November 2, 2018**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: July 17, 2018

JOSEPH C. SPERO
Chief Magistrate Judge