DANIEL ROBERT BARTLEY (SBN 79586)
BARTLEY LAW OFFICES
Pruneyard Towers – South Tower
1999 South Bascom Avenue, Suite 700
Campbell, CA 95008-2060
Telephone 415-847-2060
Email DanielBartleyLaw@aol.com

Attorney for Teresa R. Sheehan, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TERESA R. SHEEHAN, | Case No. 3:18-cv-02073-JCS |
|---|---|
| Plaintiff, | **[PLAINTIFF'S ~~PROPOSED~~] CONDITIONAL DISMISSAL ORDER** |
| vs. | |
| KAISER FOUNDATION HEALTH PLAN, INC., and DOES 1-10, inclusive, | CMC: Friday, November 2, 2018, 2:00 p.m.<br>Courtroom: G - 15th Floor, 450 Golden Gate Ave. San Francisco, CA 94102<br>Judge: Hon. Joseph C. Spero<br>U.S. Chief Magistrate Judge |
| Defendants. | |

Counsel for Plaintiff Teresa R. Sheehan on October 12, 2018, via email to the Clerk, having informally apprised the Cendar Clerk and Courtroo Clerk of the settlement of this case in mediation, and Plaintiff's counsel having followed with the filing of formal notice e-filed with the Court on October 30, 2018, and the Court otherwise being sufficiently advised,

IT IS HEREBY ORDERED that this case be, and it hereby is, DISMISSED, with each side to pay its own costs and attorney fees. This dismissal is conditioned on Kaiser's perform-ance, on or before November 10, 2018, of a certain obligation under the terms of the parties' October 11, 2018, confidential written settlement. In the event there is a breach of such obligation, this case, on motion of either side, may be returned to the calendar.

Dated: 10/31/18

HON. JOSEPH C. SPERO
U.S. CHIEF MAGISTRATE JUDGE

*Sheehan v. Kaiser Foundation Health Plan , Inc.* — Case No. 3:18-cv-02073-JCS

-1-